STELLA GILBOY, PETITIONER-PETITIONER, v. KRESGE-NEWARK, RESPONDENT-RESPONDENT.

Mr. *Louis C. Jacobson* for the petitioner.

Messrs. *Schreiber, Lancaster & Demos* for the respondent.

January 15, 1962.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN CHIARELLO, DEFENDANT-RESPONDENT.

See same case below:   69 *N. J. Super.* 479.

Mr. *Arthur S. Meredith* and Mr. *Michael R. Imbriani* for the petitioner.

Mr. *Richard H. Thiele, Jr.,* for the respondent.

January 15, 1962.   Denied.